ROSE RESNICK *v.* DAVID O. RESNICK

BALDWIN, C. J., KING, MURPHY, SHEA and ALCORN, Js.

Argued December 5—decided December 18, 1962

*Henry J. Goldberg,* with whom, on the brief, was *Jacob Schwolsky,* for the appellant (plaintiff).

*A. R. Friedman,* with whom, on the brief, were *Samuel H. Friedman* and *Myron Friedman,* for the appellee (defendant).

PER CURIAM. The finding, which is not subject to material correction, amply supports the judgment. *Medvedow* v. *Medvedow,* 140 Conn. 698, 700, 103 A.2d 337; *Gowdy* v. *Gowdy,* 120 Conn. 508, 510, 181 A. 462; *Swist* v. *Swist,* 107 Conn. 484, 490, 140 A. 820.

There is no error.